1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

AMETEK CTS US, Inc. and AMETEK CTS GmbH,

                Plaintiffs,

v.

Advanced Test Equipment Corp.,

                Defendant.

CASE NO.  19-CV-02348-H(DEB)

**ORDER GRANTING JOINT MOTION TO CONTINUE CASE MANAGEMENT DATES AND SETTING CASE MANAGEMENT CONFERENCE**

**DKT. NO. 57**

Pursuant to the Joint Motion to Continue Case Management Dates submitted by the parties, and finding good cause, the Court hereby ORDERS as follows:

1.     All dates set forth in the Court's Scheduling Order Regulating Discovery and Other Pretrial Proceedings [ECF No. 44], and in the Court's July 17, 2020 Minute Order [ECF No. 56], are continued as follows:

| Event | Current Date | New Date |
|---|---|---|
| Close of Fact Discovery | September 25, 2020 | December 4, 2020 |
| Mandatory Settlement Conference Briefs Due | September 28, 2020 | To be determined |

9820042.1

CASE NO. 19-CV-02348-H-DEB

| Mandatory Settlement Conference | October 5, 2020 | vacated |
|---|---|---|
| Expert Disclosures Due for Parties Bearing the Burden of Proof on Issues, Including Compliance with Fed. R. Civ. P. 26(a)(2)(A) | October 26, 2020 | January 15, 2021 |
| Rebuttal Expert Disclosures Due, Including Supplemental Disclosure Regarding Contradictory or Rebuttal Evidence Under Fed. R. Civ. P. 26(a)(2)(D) | November 13, 2020 | January 29, 2021 |
| Deadline to Complete Expert Depositions | January 8, 2021 | February 26, 2021 |
| Deadline to File Pretrial Motions | February 12, 2021 | March 26, 2021 |
| Memoranda of Contentions of Fact and Law Due, and Compliance with Disclosure Requirements Under Fed. R. Civ. P. 26(a)(3) | March 15, 2021 | May 24, 2021 |
| Local Rule 16.1(f)(4) Meeting of Counsel and Related Actions | March 22, 2021 | June 1, 2021 |
| Parties to Exchange Draft Pretrial Orders | March 29, 2021 | June 7, 2021 |
| Pretrial Order Due | April 5, 2021 | June 14, 2021 |
| Pretrial Conference | April 12, 2021, at 10:30 a.m. | June 21, 2021, 10:30 a.m. |

2.     A telephonic Case Management Conference to discuss the status of discovery and the rescheduling of the Mandatory Settlement Conference will be held on **October 2, 2020** at **10:00 a.m.**. At the scheduled time. Plaintiff's counsel must initiate the conference call and call the Court's Chambers with all counsel on the

1    line.

2    3.      All other information and requirements set forth in the Court's Scheduling

3    Order Regulating Discovery and Other Pretrial Proceedings [ECF No. 44] shall

4    remain in effect.

5          **IT IS SO ORDERED.**

6    Dated: September 4, 2020                           _____

7                                                        HON. DANIEL E. BUTCHER